IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JENNIFER NAMCHI VU, individually and on behalf of all others similarly situated, | § § § § § § § § § § § | Case No. 1:15-cv-339-RP |
| Plaintiff, | | |
| v. | | JURY TRIAL DEMANDED |
| LOWERMYBILLS, INC.  Defendant. | | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, JENNIFER NAMCHI VU ("Plaintiff"), individually and on behalf of all other persons similarly situated, giving notice of voluntary dismissal of Defendant LOWERMYBILLS, INC. ("Defendant") without prejudice, and would show as follows:

1. Plaintiff filed her complaint on April 27, 2015.

2. Plaintiff requested summons from the Clerk but has not yet served Defendant with process.

4. Defendant has neither answered Plaintiff's Complaint, nor has Defendant filed a motion for summary judgment.

5. The Court has not yet certified this case as a class action under FED. R. CIV. P. 23.

6. Accordingly, pursuant to FED. R. CIV. P 41(a), this case may be dismissed without prejudice and without an Order of the Court.

Dated: May 13, 2015.

                                      Respectfully Submitted,

                                      */s/ W. Craft Hughes*
W. Craft Hughes—craft@hughesellzey.com
Texas Bar No. 24046123
Jarrett L. Ellzey—jarrett@hughesellzey.com
Texas Bar No. 24040864
HUGHES ELLZEY, LLP
2700 Post Oak Blvd., Ste. 1120
Galleria Tower I
Houston, TX 77056
Phone: (713) 554-2377
Fax: (888) 995-3335

**ATTORNEYS FOR PLAINTIFF
AND THE PROPOSED CLASS**